**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

HAL RIDGWAY,

    Plaintiff(s),

v.                                        Case No:  8:09-CV-728-T-30EAJ

STANDARD INSURANCE COMPANY,

    Defendant(s).
_____/

# ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Elizabeth A. Jenkins (Dkt. #50) and Plaintiff's Objections (Dkt. #52) thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge and Plaintiff's Objections, in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #50) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant's Motion for Summary Judgment (Dkt. #32) is GRANTED.

3. Plaintiff's Motion for Summary Judgment (Dkt. #47) is DENIED.

4. The Clerk is directed to enter summary judgment in favor of Defendant and against Plaintiff.

5. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on August 24, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2009\09-cv-728.adopt 50.wpd